MELINDA HAAG (CASBN 132612)
United States Attorney

MIRANDA KANE (CASBN 150630)
Chief, Criminal Division

ROBERT DAVID REES (CASBN 229441)
AARON D. WEGNER (CASBN 243809)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    Email: robert.rees@usdoj.gov, aaron.wegner@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GRAND JURY SUBPOENA TO CALIFORNIA DEPARTMENT OF JUSTICE, BUREAU OF GAMBLING CONTROL | No. MC 11-80130 EDL <br><br> **STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF BRIEFING SCHEDULE AND HEARING** <br><br> Hearing: July 8, 2011 <br> Time: 10:00AM <br> Court: Hon. Charles R. Breyer |

The parties hereby stipulate and agree to vacate the July 8, 2011 hearing and associated briefing schedule ordered by the Court in this matter. The parties submit that there is good cause for this stipulation, and that the parties intended that the movants be permitted to more fully brief their objections to the above-captioned Grand Jury subpoena before the United States opposed. Additionally, at least one of the undersigned counsel had a conflicting appearance at the time scheduled for the hearing on this matter. Accordingly, the parties stipulate and agree to set the following briefing schedule and hearing on the matter: consolidated opening brief by the movants due on **June 29, 2011**, consolidated opposing brief by the United States due on **July 13, 2011**, consolidated reply by the movants (if any) due on **July 20, 2011**, and hearing on the matter at **10:00AM on**

Stipulation Re: Continuance of Briefing and Hearing
MC 11-80130 EDL

July 27, 2011.

IT IS SO STIPULATED.

DATED: June 23, 2011                              /s/
                                              ROBERT DAVID REES
                                              AARON D. WEGNER
                                              Assistant United States Attorney


DATED: June 23, 2011                              /s/
                                              ED SWANSON, ESQ.
                                              Attorney for Movant Oaks


DATED: June 23, 2011                              /s/
                                              STUART HANLON, ESQ.
                                              Attorney for Movant Artichoke Joe's


IT IS SO ORDERED.

DATED: June 30, 2011                          _____
                                              HON. CHARLES R. BREYER
                                              United States District Judge

*IT IS SO ORDERED — Judge Charles R. Breyer (signature seal, United States District Court, Northern District of California)*